524

40317.  VETERANS OF FOREIGN WARS POST 4625
v. UNDERCOFLER, Commissioner.

PANNELL, Judge.  This case is controlled by the decision in *American Legion Post 69 v. Undercofler*, ante.

*Judgment reversed with directions.  Bell, P. J., and Hall, J., concur.*

DECIDED OCTOBER 18, 1963.

*Barrie L. Jones*, for plaintiff in error.

*Eugene Cook, Attorney General, Louis F. McDonald, Assistant Attorney General*, contra.